UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS DEFINED BENEFIT PENSION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS HEALTH FUND, NORTH CENTRAL
STATES REGIONAL COUNCIL OF CARPENTERS
APPRENTICESHIP & JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATIVE TRUST FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS INTERNATIONAL TRAINING FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS DEFINED CONTRIBUTION PENSION
FUND, and JERRY SHEA (in his capacity as Trustee),

Plaintiffs,

v.   Case No. 19-cv-597

CORNERSTONE CARPENTRY CONTRACTORS, INC.

Defendant.

## ORDER AND ENTRY OF INJUNCTIVE RELIEF

On Plaintiffs' motion for injunctive relief in the above-captioned matter, the court orders as follows:

1. Defendant, Cornerstone Carpentry Contractors, Inc. has failed to plead or otherwise defend as provided by Federal Rule of Civil Procedure 55(a).

2. Defendant, Cornerstone Carpentry Contractors, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to Plaintiff Funds and by failing to submit to an audit of the company's books and records

by Plaintiff Funds' designated representative covering the period of January 1, 2017 through the present.

3. Plaintiff Funds must conduct an audit of Defendant's payroll records to liquidate its claims and proceed to judgment.

## ORDER

**IT IS ORDERED THAT:**

1. That, Cornerstone Carpentry Contractors, Inc. shall submit within ten (10) days of the date of this Order to an audit of the company's books and records by Plaintiff Funds' designated representative covering the period June 1, 2017 through the present.

2. Plaintiffs may submit a motion for default judgment within thirty (30) days of completion of the audit, at which point the court will hold a hearing on the motion and, as appropriate, enter judgment in favor of Plaintiffs to include all contributions, interest and liquidated damages due to Plaintiffs as reported by the auditor, along with Plaintiffs' costs and attorney's fees.

3. In the absence of a motion for default judgment or request for further relief, the court shall hold a telephone status conference on __February 12__, 20__20__ at __9:00 am__.

Entered this __7th__ day of __October__, 2019.

BY THE COURT:

_/s/ William M. Conley_
William M. Conley
District Judge

2